## (April 26, 1973)

■ In the Matter of JOHN A. RAPACS, Petitioner, v. BOARD OF REGENTS OF THE STATE OF NEW YORK, Respondent.— Determination confirmed, without costs. No opinion. Herlihy, P. J., Greenblott, Cooke and Sweeney, JJ., concur; Main, J., dissents on the ground that the penalty imposed is excessive.